# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Matthew Funk,<br><br>Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV-17-01442-PHX-GMS (DMF)<br><br>**ORDER** |

Pending before the Court is Plaintiff's 1983 Civil Rights Complaint and United States Magistrate Deborah M. Fine's Report and Recommendation ("R&R"). (Docs. 1 and 54). The R&R recommends that the Court dismiss Defendant Doe 1 without prejudice for failure to timely file a notice of substitution as specified by the Court in the screening and service Order. (Doc. 54 at 2). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 7 (citing Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly

objected to."). The Court will accept the R&R and dismiss Defendant Doe 1 without prejudice from this action. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS HEREBY ORDERED:**

1. Magistrate Judge Fine's R&R (Doc. 54) is **ACCEPTED**.

2. Defendant Doe 1 is dismissed without prejudice.

Dated this 13th day of June, 2018.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge